IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DOROTHY DUGAN, | : | |
| Plaintiff, | : | Case No. 3:07-cv-159 |
| -vs- | : | District Judge Walter H. Rice<br>Chief Magistrate Judge Michael R. Merz |
| | : | |
| MICHAEL ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 18, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, the Commissioner's decision that Plaintiff is not disabled is REVERSED. This matter is hereby REMANDED to the Commissioner for additional administrative proceedings necessary to determine whether Plaintiff is disabled. The Clerk shall enter judgment accordingly.

March 19, 2008.

_____
Walter H. Rice
United States District Judge